**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MICHAEL MANNING,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    v. | ) CASE NUMBER: 1:07-CV-0702-M |
| | ) |
| **AMERIQUEST MORTGAGE** | ) |
| **COMPANY,CITIMORTGAGE, INC.** | ) |
| **d/b/a CITIFINANCIAL MORTGAGE** | ) |
| **COMPANY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now, Earl P. Underwood, Jr., and files his appearance as additional counsel on behalf of Plaintiff in the above-styled case.

>/s/ Earl. P. Underwood, Jr.
>Earl P. Underwood, Jr.
>Attorney for Plaintiff
>Post Office Box 969
>Fairhope, AL  36533-0969
>(251) 990-5558 voice
>(251) 990-0626 fax
>epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J Kenneth J. Riemer
Attorney at Law
P.O. Box 1206
Mobile AL 36633

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower

420 North 20th St.
Birmingham AL 35203

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.