## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL MANNING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NUMBER: 1:07-CV-0702-M** |
| | ) |
| **AMERIQUEST MORTGAGE** | ) |
| **COMPANY,CITIMORTGAGE, INC.** | ) |
| **d/b/a CITIFINANCIAL MORTGAGE** | ) |
| **COMPANY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF APPEARANCE

Comes now, James D. Patterson., and files his appearance as additional counsel on behalf of Plaintiff in the above-styled case.

> /s/ James D. Patterson.
> James D. Patterson
> Attorney for Plaintiffs
> Post Office Box 969
> Fairhope, AL  36533-0969
> (251) 990-5558 voice
> (251) 990-0626 fax
> jpatterson@alalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J Kenneth J. Riemer | Stephen J. Bumgarner |
| Attorney at Law | Burr & Forman LLP |
| P.O. Box 1206 | 3400 Wachovia Tower |
| Mobile AL 36633 | 420 North 20th St. |
| | Birmingham AL 35203 |

> /s/ James D. Patterson
> James D. Patterson