AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Alabama_____

Michael Manning

V.

Ameriquest Mortgage Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-702–M

TO: (Name and address of Defendant)

AMERIQUEST MORTGAGE COMPANY
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KENNETH J. RIEMER
Post Office Box 1206
Mobile, AL 36633

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.** _____     _____October 04, 2007_____

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Alabama_____

Michael Manning

V.

Ameriquest Mortgage Company, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-702-M

TO: (Name and address of Defendant)

CITIMORTGAGE, INC.
4050 Regent Boulevard
Irving, TX 75063

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KENNETH J. RIEMER
Post Office Box 1206
Mobile, AL 36633

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**

CLERK

(By) DEPUTY CLERK

October 04, 2007

DATE