IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MANNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | )   CIVIL ACTION NO. 1:07-cv-00702-M |
| CITIMORTGAGE, INC. d/b/a | ) |
| CITIFINANCIAL MORTGAGE | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

**COMES NOW** defendant CitiMortgage, Inc. d/b/a CitiFinancial Mortgage Company, Inc. ("CitiMortgage"), by and through its undersigned counsel, and respectfully requests this Honorable Court to extend the time for it to file a response to Plaintiff's complaint by thirty (30) days. Plaintiff does not oppose such an extension and no parties will be prejudiced by such an extension.

**WHEREFORE, PREMISES CONSIDERED**, CitiMortgage respectfully requests that this Court extend the deadline for it to file a response to Plaintiff's complaint by thirty (30) days.

Dated this 31st day of October, 2007.

    s/ R. Frank Springfield
    John R. Chiles (CHI006)
    R. Frank Springfield (SPR024)
    Attorneys for Defendant
    BURR & FORMAN LLP
    420 North 20th Street, Suite 3400
    Birmingham, AL  35203
    Telephone:  (205) 251-3000
    Facsimile:  (205) 458-5100

1616142 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class United States Mail, postage prepaid as follows:

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL  36602

Earl P. Underwood
James Donnie Patterson
P. O. Box 969
Mobile, AL  36533

Ameriquest Mortgage
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL  36104

s/ R. Frank Springfield
OF COUNSEL

1616142 v1

2