# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MANNING, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>AMERIQUEST MORTGAGE )<br>COMPANY, CITIMORTGAGE, )<br>INC. d/b/a CITIFINANCIAL )<br>MORTGAGE COMPANY, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:07-cv-00702-M |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**COMES NOW** defendant, Ameriquest Mortgage Company, pursuant to Rule 6(b), Fed. R. Civ. P., and respectfully requests this Honorable Court to extend the time for it to file a response to plaintiff's Complaint by fifteen (15) days. Plaintiff does not oppose such an extension and no party will be prejudiced by such an extension. Counsel for the plaintiff agreed to the requested extension before the expiration of the period originally prescribed.

**WHEREFORE, PREMISES CONSIDERED**, Ameriquest Mortgage Company respectfully requests that this Court extend the deadline for it to file a response to plaintiff's Complaint by fifteen (15) days.

Dated this 2nd day of November, 2007.

1617043 v1

                                                          Respectfully submitted,

                                                          s/Stephen J. Bumgarner
                                                          Stephen J. Bumgarner (BUMGS2089)

                                                          Attorney for Defendant
                                                          Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class United States Mail, postage prepaid as follows:

                        Kenneth J. Riemer
          166 Government Street, Suite 100
                      Mobile, AL  36602

                        Earl P. Underwood
                  James Donnie Patterson
                      P. O. Box 969
                      Mobile, AL  36533

R. Frank Springfield
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203

<u>s/ Stephen J. Bumgarner</u>
OF COUNSEL