IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MANNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | )   CIVIL ACTION NO. 1:07-CV-00702-M |
| CITIMORTGAGE, INC. d/b/a | ) |
| CITIFINANCIAL MORTGAGE | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** defendant CitiMortgage, Inc. ("CitiMortgage"), by and through its undersigned counsel, and respectfully requests this Honorable Court to extend the time for it to file a response to Plaintiff's complaint. In support of this motion, CitiMortgage states as follows:

1. On October 31, 2007, CitiMortgage filed a motion for extension of time to file a responsive pleading in the above-referenced matter. This motion was granted on November 5, 2007, and the Court ordered CitiMortgage to file its responsive pleading by November 19, 2007.

2. On October 18, 2007, Plaintiff filed a Notice of Potential Tag-along Action with Judicial Panel on Multidistrict Litigation which will conditionally transfer this case to the Northern District of Illinois for consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407. On November 5, 2007, Plaintiff filed a motion to stay the above-referenced matter pending the Court's receipt of the transfer order from the Northern District of Illinois. In response to said motion, the Court ordered CitiMortgage to file any opposition by November 19, 2007.

1621198 v1

3.      CitiMortgage has received a conditional transfer order from the Ameriquest MDL, attached hereto as Exhibit "1."  CitiMortgage does not object to the stay requested by Plaintiff in this action or the conditional transfer order issued in the Ameriquest MDL.

4.      In an effort to promote judicial economy, CitiMortgage, therefore, requests that the deadline to respond to Plaintiff's complaint in this Court be extended to fourteen (14) days from the date this Court rules on Plaintiff's motion to stay.

5.      No parties will be prejudiced by such an extension.

**WHEREFORE, PREMISES CONSIDERED**, CitiMortgage respectfully requests that the Court extend the deadline for CitiMortgage to respond to Plaintiff's complaint fourteen (14) days from the date this Court rules on Plaintiff's motion to stay.

Dated this 19th day of November, 2007.

s/ R. Frank Springfield
John R. Chiles (CHI006)
R. Frank Springfield (SPR024)
Attorneys for Defendant
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 19th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class United States Mail, postage prepaid as follows:

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL  36602

Earl P. Underwood
James Donnie Patterson
P. O. Box 969
Mobile, AL  36533

Stephen J. Bumgarner
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203

                                                   s/ R. Frank Springfield
                                                 OF COUNSEL