IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MANNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| AMERIQUEST MORTGAGE ) | 1:07-cv-00702-M |
| COMPANY, CITIMORTGAGE, ) | |
| INC. d/b/a CITIFINANCIAL ) | |
| MORTGAGE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

**AMERIQUEST MORTGAGE COMPANY'S
RESPONSE TO PLAINTIFF'S MOTION TO STAY**

**COMES NOW** the defendant, Ameriquest Mortgage Company ("Ameriquest"), and hereby offers the following response to plaintiff Michael Manning's motion to stay:

1. On or about November 5, 2007, the plaintiff filed a Motion to Stay this matter in anticipation of a transfer to the MDL action pending in the Northern District of Illinois for consolidated pre-trial proceedings.

2. The plaintiff's Motion indicated that a Notice of Potential Tag-Along Action had been filed with the Judicial Panel on MultiDistrict Litigation on or about October 18, 2007.

1621369 v1

3.  Because Ameriquest had not filed a Motion to Dismiss or other responsive pleading before the filing of the plaintiff's Motion to Stay, Ameriquest, under these limited circumstances, does not oppose the stay of this matter pending its anticipated transfer to the Northern District of Illinois.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class United States Mail, postage prepaid as follows:

Kenneth J. Riemer
166 Government Street, Suite 100
Mobile, AL  36602

Earl P. Underwood
James Donnie Patterson
P. O. Box 969
Mobile, AL  36533

R. Frank Springfield
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203

                                      s/ Stephen J. Bumgarner
                                      OF COUNSEL