IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MANNING, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| AMERIQUEST MORTGAGE COMPANY, CITIMORTGAGE, INC. d/b/a CITIFINANCIAL MORTGAGE COMPANY, INC., | ) CIVIL ACTION NO. ) 1:07-cv-00702-M ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

**COMES NOW** the defendant, Ameriquest Mortgage Company ("Ameriquest"), pursuant to Rule 6(b), Fed. R. Civ. P., and respectfully requests that this Honorable Court enter an Order providing it with additional time to respond to plaintiff Michael Manning's Complaint. In support thereof, Ameriquest shows unto the Court the following:

1. On or about November 5, 2007, the plaintiff filed a Motion to Stay this matter in anticipation of a transfer to the MDL action pending in the Northern District of Illinois for consolidated pre-trial proceedings.

2. The plaintiff's Motion indicated that a Notice of Potential Tag-Along Action had been filed with the Judicial Panel on MultiDistrict Litigation on or

1621429 v1

about October 18, 2007. For certain reasons, Ameriquest has filed a Response with this Honorable Court indicating that it does not oppose the stay of this matter pending its anticipated transfer to the Northern District of Illinois.

      3. Given that Ameriquest does not oppose the stay of this matter, Ameriquest requests an extension of time to respond to the plaintiff's Complaint. Specifically, Ameriquest requests that it be provided ten (10) additional days after the transfer to the Northern District of Illinois to file an appropriate response.

      4. Given the agreed upon stay of this matter, no party will be unduly prejudiced or harmed by the requested extension.

      **WHEREFORE**, based upon the foregoing, Ameriquest respectfully requests that the Court enter an Order providing it with additional time to respond to the plaintiff's Complaint.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
sbumgarn@burr.com

1621429 v1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class United States Mail, postage prepaid as follows:

Kenneth J. Riemer
166 Government Street, Suite 100
Mobile, AL  36602

Earl P. Underwood
James Donnie Patterson
P. O. Box 969
Mobile, AL  36533

R. Frank Springfield
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203

                                                              s/ Stephen J. Bumgarner
                                                              OF COUNSEL