CLOSED2007, OPTOUT, STAY

## U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:07–cv–00702–M

Manning v. Ameriquest Mortgage Company, et al
Assigned to: Magistrate Judge Bert W. Milling, Jr
Cause: 15:1601 Truth in Lending

Date Filed: 10/03/2007
Date Terminated: 12/07/2007
Jury Demand: Plaintiff
Nature of Suit: 371 Truth in Lending
Jurisdiction: Federal Question

**Plaintiff**

**Michael Manning**  represented by  **Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251–432–9212
Fax: 251–433–7172
Email: kjr@alaconsumerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**  represented by  **Stephen James Bumgarner**
Burr &Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205–458–5355
Fax: 205–244–5611
Email: sbumgarn@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CitiMortgage, Inc.**  
*d/b/a CitiFinancial Mortgage Co., Inc.*

represented by **R. Frank Springfield**  
Burr &Forman  
420 North 20th St., Suite 3100  
Birmingham, AL 35203  
205−251−3000  
Email: fspringf@burr.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2007 | " 1 | COMPLAINT against Ameriquest Mortgage Company ( Receipt number 08653, Fee Paid at Intake), filed by Michael Manning. (Attachments: # 1 Exhibit Summons to Ameriquest# 2 Exhibit Summons to CitiMortgage) (Riemer, Kenneth) Additional attachment(s) added on 10/3/2007 (clr, ). (Entered: 10/03/2007) |
| 10/03/2007 | " 2 | NOTICE of Appearance by Earl P. Underwood on behalf of Michael Manning (Underwood, Earl) (Entered: 10/03/2007) |
| 10/04/2007 | " 3 | NOTICE of Appearance by James Donnie Patterson on behalf of Michael Manning (Patterson, James) (Entered: 10/04/2007) |
| 10/04/2007 | " 4 | Summons Issued as to Ameriquest Mortgage Company, CitiMortgage, Inc., Counsel notified for service on Defts. (clr) (Entered: 10/04/2007) |
| 10/17/2007 | " 5 | RETURN OF SERVICE of Summons &Complaint served October 12, 2007 as to Ameriquest Mortgage (Riemer, Kenneth) (Entered: 10/17/2007) |
| 10/17/2007 | " 6 | RETURN OF SERVICE of Summons &Complaint served October 12, 2007 as to CitiMortgage, Inc. (Riemer, Kenneth) (Entered: 10/17/2007) |
| 10/24/2007 | " | Answer due from Ameriquest Mortgage Company on 11/1/2007; CitiMortgage, Inc. on 11/1/2007. (clr) (Entered: 10/24/2007) |
| 10/31/2007 | " 7 | MOTION for Extension of Time by CitiMortgage, Inc.. (Springfield, R.) (Entered: 10/31/2007) |
| 11/02/2007 | " 8 | Unopposed MOTION for Extension of Time by Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 11/02/2007) |
| 11/05/2007 | " 9 | MOTION to Stay by Michael Manning. (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 11/05/2007) |
| 11/05/2007 | " 10 | ENDORSED ORDER granting 7 Motion for Extension of Time; granting 8 Motion for Extension of TimeResponses due by 11/19/2007. Signed by Judge Bert W. Milling Jr. on 11/5/2007. (vlh) (Entered: 11/05/2007) |
| 11/05/2007 | " 11 | Order Setting Motion Deadline: Defendant is ORDERED to file a response to Plaintiff's Motion to Stay (Doc. 9) not later than 11/19/2007. Signed by Judge Bert W. Milling Jr. on 11/5/2007. (vlh) (Entered: 11/05/2007) |
| 11/19/2007 | " 12 | MOTION for Extension of Time by CitiMortgage, Inc.. (Attachments: # 1 Exhibit Exhibit 1) (Springfield, R.) (Entered: 11/19/2007) |
| 11/19/2007 | " 13 | RESPONSE to Motion re: 9 MOTION to Stay filed by Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 11/19/2007) |
| 11/19/2007 | " 14 | MOTION for Extension of Time by Ameriquest Mortgage Company. (Bumgarner, |

| | | | |
|---|---|---|---|
| | | | Stephen) (Entered: 11/19/2007) |
| 11/20/2007 | | " 15 | ENDORSED ORDER entered, GRANTING 9 Plaintiff's Motion to Stay without objection. Signed by Judge Bert W. Milling Jr. on 11/20/07. (clr) (Entered: 11/20/2007) |
| 11/21/2007 | | " 16 | ENDORSED ORDER entered, FINDING AS MOOT 12 Motion for Extension of Time by CitiMortgage, Inc; and FINDING AS MOOT 14 Motion for Extension of Time by Ameriquest Mortgage Company. Signed by Judge Bert W. Milling Jr. on 11/21/07. (clr) (Entered: 11/21/2007) |
| 12/07/2007 | | " 17 | Conditional Transfer Order (MDL) from Northern District of Ilinois requesting transfer of action. Entire case file sent to requesting District per instructions. (Attachments: # 1 Transfer Letter) (clr) . (Entered: 12/07/2007) |